UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| LYNNE T. FRUCHTNICHT | NO.: 3:10-cr-00091-BAJ-SCR |
| AND | |
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| LYNNE T. FRUCHTNICHT | NO.: 3:10-cr-00111-BAJ-SCR |

## RULING AND ORDER

Before the Court are various motions by Petitioner seeking relief from her convictions and sentences in criminal actions 10-cr-00091 and 10-cr-00111. Specifically, in each action Petitioner has filed a **MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (10-cr-00091 Doc. 34; 10-cr-00111 Doc. 25)**, and a motion styled **MOTION & MEMORANDUM IN SUPPORT OF REQUEST FOR INCARCERATION ADJUSTMENT AND/OR RULING ON 2255 MOTION BASED UPON HUMANITARIAN GROUNDS (10-cr-00091 Doc. 43; 10-cr-00111 Doc. 31)**. The Magistrate Judge has issued a consolidated **REPORT (10-cr-00091 Doc. 54; 10-cr-00111 Doc. 40)** recommending that each of Petitioner's motion be denied, (*id.* at p. 10). Petitioner does not object to the Magistrate Judge's Report.

Having independently considered Petitioner's various motions and related filings, the Court **APPROVES** the Magistrate Judge's **REPORT (10-cr-00091 Doc. 54; 10-cr-00111 Doc. 40),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Petitioner's § 2255 Motions **(10-cr-00091 Doc. 34; 10-cr-00111 Doc. 25)** are **DENIED** for the reasons explained in the Magistrate Judge's Report (10-cr-00091 Doc. 54; 10-cr-00111 Doc. 40).

**IT IS FURTHER ORDERED** that Petitioner's **MOTIONS IN SUPPORT OF REQUEST FOR INCARCERATION ADJUSTMENT AND/OR RULING ON 2255 MOTION BASED UPON HUMANITARIAN GROUNDS (10-cr-00091 Doc. 43; 10-cr-00111 Doc. 31)** are also **DENIED** for the reasons explained in the Magistrate Judge's Report (10-cr-00091 Doc. 54; 10-cr-00111 Doc. 40).

**IT IS FURTHER ORDERED** that the Clerk of Court shall file this order in the case-specific dockets for criminal actions 10-cr-00091 *and* 10-cr-00111.

Baton Rouge, Louisiana, this 22nd day of January, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**